3710 Kennedy Blvd.
Union City, NJ 07047

42 Broadway, Ste.1927
New York, NY 10004

3705 82nd St.
Jackson Heights, NY 11372



www.garanticesufuturo.com

Main Office
(201)867-2222

Fax
(201)867-7882

Customer Service
(201)867-8124

## Acuerdo Financiero

17-ene.-20

Yo, Antonio Hernandez, de ahora en adelante referido como el cliente, estoy de acuerdo en usar a Garantice Su Futuro Conrado Gonzalez, o sus asesores como mis asesores financieros para iniciar la modificación de mi hipoteca. La dirección de la propiedad es 198 N 16th St Bloomfield NJ 07003

La suma del acuerdo será $3650.00. El caso empezara con la cantidad *de $1,000.00 lo cual parte será una porción del honorario de abogado (Ciro A. Mederos, Esq.) y el resto para costos de proceso y oficina*. El balance será pagado en cuotas de $1,000.00 hasta completar el pago total de $3,650.00 Después de firmar el presente, el cliente dispone de 72 horas para reconsiderar el contrato o el depósito no es reembolsable. __AH__ Iniciales

El costo inicial de la modificación incluye: la aplicación, la entrevista por el departamento de modificación, colección de documentos, costo de fax, costo de correos, el reporte de crédito, comunicación con el cliente, negociaciones con el banco, contestas de documentos y cartas enviadas. **Respuesta al foreclosure no está incluida en los 3,650.00 ni tampoco la representación del abogado si hay cita de corte.** __AH__ Iniciales

*Si Garantice Su Futuro logra rebajarle el principal (cantidad total debida) del préstamo, le cobraremos el 5% de la cantidad rebajada. El cliente entiende que esto es parte del contrato y si se niega a pagar al recibir la rebaja, Garantice su Futuro cobrara el saldo por medios legales (embargo sobre la propiedad, demanda personal) para recuperar su parte del acuerdo.* __AH__ Iniciales

El cliente entiende que la modificación está hecha llevando a cabo las reglas y regulaciones impuestas por el gobierno federal y/o el banco que asegura la hipoteca y <u>NO ES GARANTIZADA</u>. El cliente también entiende que si no posee los requisitos necesarios o no proporciona a Garantice Su Futuro los documentos requeridos en el tiempo asignado, la modificación puede ser rechazada por el banco sin que esto sea responsabilidad alguna de los asesores de Garantice Su Futuro. Si lo dicho sucede, el cliente tendrá que pagar $500.00 por reinstalar el procedimiento. __AH__ Iniciales

El cliente entiende que Garantice Su Futuro o el cliente reservan el derecho de cancelar este contrato. La cancelación tiene que ser por escrito. Si esto sucede, el cliente asume toda responsabilidad legal quitándosela a Garantice Su Futuro, Conrado Gonzalez, sus asesores y sucesores con el conocimiento que el depósito original y pagos hechos no serán devueltos y serán aplicados a trabajo completado. Lo mismo aplica si la modificación es rechazada.

_____ (Iniciales)    _____ (Iniciales)    (Page 1 of 2)

Todos los documentos entregados a Garantice Su Futuro serán copias no originales. Si traen originale[s] cliente es consciente que un cargo de 25centavos por página de copia se les cobrara. El cliente está cons[ciente] de que los documentos impresos para el caso se convierten en propiedad de Garantice Su Futuro. Si requier[e] devolución de dichos documentos impresos, un cargo de 25 centavos por página se les cobrara.

_____                                              _____
Antonio Hernandez                                                            Conrado C. González, JD

_____
Ciro A. Mederos, ESQ.

[State] of New Jersey, County of Hudson

I certify that on this date **January 17, 2020**, **Antonio Hernandez**; personally appeared before me wh[o I am] satisfied is the person named and executed the within instrument and therefore acknowledged that th[ey signed,] sealed and delivered the same as a voluntary act and deed and for the purpose therein expressed

_____, Notary Public (Seal)

Actualizado: 7/30/15    (Pag[e])